UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

21 Mag 4592 (UA)

XAVIER JETER,

                               Defendant(s).

-----------------------------------------------------------------X

Defendant **XAVIER JETER**, hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _X__ teleconferencing:

_X__     Initial Appearance Before a Judicial Officer

____     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____     Bail/Detention Hearing

____     Conference Before a Judicial Officer


Xavier Jeter by *Susanne Brody*           *Susanne Brody*
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Xavier Jeter                              Susanne Brody
Print Defendant's Name                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

April 29, 2021
Date                                  The Honorable Andrew E. Krause
                                         United States Magistrate Judge
                                         Southern District of New York